# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RODERICK FORD,

   Plaintiff(s),         JUDGMENT IN A CIVIL CASE

vs.               3:12cv70

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

   Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2012 Order.

Signed: October 1, 2012

_____
Frank G. Johns, Clerk
United States District Court